# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MARIAN BLOCKER,

    Plaintiff,

v.

                            Case No. 3:17-cv-649-MCR-CJK

TRUGREEN LIMITED PARTNERSHIP,

    Defendant.

## DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY PROCEEDINGS AND COMPEL ARBITRATION

Pursuant to Fed. R. Civ. P. 12(b)(1), (3), and (6) and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* ("FAA"), Defendant TruGreen Limited Partnership ("TruGreen") moves the Court for an Order dismissing Plaintiff's claims or, in the alternative, staying proceedings and compelling Plaintiff to pursue her claims through binding arbitration, as Plaintiff previously entered into an Arbitration Agreement with TruGreen that covers all claims asserted by Plaintiff in this case. In support of its motion, TruGreen relies upon the entire record in this matter, including the pleadings and the accompanying memorandum in support.

Respectfully submitted,

s/ Charles A. Powell IV
Charles Powell (FL Bar #947539)
Attorney for Defendant

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL 35203-3204
Telephone: (205) 421-4703
cpowell@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, the foregoing was filed with the Court's ECF system, which contemporaneously served electronic notice on all counsel of record, including:

Jeremiah Talbott
Law Office of Jeremiah J. Talbott
900 E. Moreno Street
Pensacola, FL 32503

s/ Charles A. Powell IV
OF COUNSEL